C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Lien Claimant JEONG & LIKENS, L.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an Individual,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MULTIMEDIA GRAPHIC NETWORK, INC. d/b/a MGNONLINE.COM, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case Number: 3:17-cv- 01201 GPC (JLB)<br><br>**NOTICE OF LIEN** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that JEONG & LIKENS, L.C. ("J&L") possesses statutory and contractual liens upon any recovery obtained by Plaintiff LARRY PHILPOT ("Plaintiff") om this legal action or to which Plaintiff is otherwise entitled to receive related to this legal action.

1. On or about May 16, 2017, Plaintiff and J&L entered into a written retainer agreement for professional legal services ("Agreement").
2. In the Agreement, J&L agreed to assert on Plaintiff's behalf certain legal claims against certain individuals and/or entities related to their unauthorized use of certain trademarks and/or copyrights works owned by Plaintiff.
3. Also in the Agreement, Plaintiff granted to J&L a lien in the amount of all unpaid costs and fees owed by Plaintiff to J&L under the Agreement, attaching to any and all recovery of any kind obtained by Plaintiff related to the Agreement, including any and all recovery obtained by Plaintiff in this legal action.
4. On or about June 13, 2017, pursuant to the Agreement, J&L initiated this legal action on Plaintiff's behalf.
5. Between May 16, 2017, and June 27, 2017, J&L provided professional legal services to Plaintiff under the Agreement and acted as Plaintiff's counsel of record in this litigation.
6. On or about June 27, 2017, Plaintiff terminated J&L's provision of professional legal services to it under the Agreement and substituted out J&L as its counsel of record in this legal action.
7. Despite such termination and substitution, J&L maintains statutory and contractual liens upon any recovery obtained by Plaintiff in this legal action or to which Plaintiff is otherwise entitled to receive related to this legal action.
8. Consistent therewith, no compromise, dismissal, settlement, or satisfaction of this legal action, or Plaintiff's right to any money or property related thereto, may be entered into by or on behalf of Plaintiff without the agreement of J&L. Likewise, Plaintiff may not enforce its right to any money or property related to this legal action unless:

1         A. The written consent of J&L has been obtained;

2         B. J&L has released its contractual and statutory liens; or

3         C. J&L's contractual and statutory liens have been otherwise satisfied.

6 Dated: August 29, 2017

7                 /s/    C. Yong Jeong

8                 C. Yong Jeong, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on the below date, this document was electronically filed with the Clerk of the Court through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.


Dated: August 29, 2017

                                          /s/     *C. Yong Jeong*
                                          C. Yong Jeong, Esq.