C. YONG JEONG, ESQ. (SBN 255244)
JEONG & LIKENS, L.C.
1010 Wilshire Blvd. Suite 715
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Lien Claimant JEONG & LIKENS, L.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIMEDIA GRAPHIC NETWORK, INC. d/b/a MGNONLINE.COM, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 3:17-cv- 01201 GPC (JLB)<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Lien Claimant, JEONG & LIKENS, L.C. hereby submits this Notice of Errata regarding the incorrect filing of the Notice of Change of Address, Docket No. 25. The Court name was incorrectly written as "SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES." instead of "UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA" A new Notice of Change of Address will be attached as an Exhibit to correct the error.

1
2  Dated: November 21, 2017
3
4                                                    By:/s/ C. Yong Jeong
                                                     C. Yong Jeong, Esq.
5                                                    JEONG & LIKENS, L.C.
6                                                    Attorneys for Lien Claimant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28