C. YONG JEONG, ESQ. (SBN 255244)
JEONG & LIKENS, L.C.
1010 Wilshire Blvd. Suite 715
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Lien Claimant JEONG & LIKENS, L.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIMEDIA GRAPHIC NETWORK, INC. d/b/a MGNONLINE.COM, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 3:17-cv- 01201 GPC (JLB)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the address for JEONG&LIKENS, L.C., is starting from **November 21st**:

> JEONG&LIKENS, L.C.
> 1010 Wilshire Boulevard, Suite 715
> Los Angeles, California 90017

Our telephone, fax number and e-mail address will remain the same.

1     All notices, documents, and related communications should be sent to the above address
2 after November 20th.

4 Dated: November 21, 2017

6                                     By: /s/ C. Yong Jeong
7                                     C. Yong Jeong, Esq.
                                      JEONG & LIKENS, L.C.
8                                     Attorneys for Lien Claimant