MICHAEL J. IOANNOU, BAR NO. 95208
*michael.ioannou@rmkb.com*
CURTIS R. TINGLEY, BAR NO. 112322
*curtis.tingley@rmkb.com*
KEVIN W. ISAACSON, BAR NO. 281067
*kevin.isaacson@rmkb.com*
CLARK A. WALDON, BAR NO. 312696
*clark.waldon@rmkb.com*
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, California  95113
Telephone: (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
MULTIMEDIA GRAPHIC NETWORK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MULTIMEDIA GRAPHIC NETWORK, INC. dba MGNONLINE.COM, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  17CV01201 GPC JLB<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff LARRY PHILPOT and Defendant MULTIMEDIA GRAPHIC NETWORK, INC. dba MGNONLINE.COM respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve all claims in this Action in its entirety.

2. The parties expect to finalize the terms of a confidential settlement agreement shortly.

///

3. The parties request that the Court vacate all dates and deadlines and provide the Parties with 35 days to submit a Joint Motion for Dismissal of the entire action.

Dated: February 22, 2018     DONIGER / BURROUGHS

By: /s/ Stephen Doniger
STEPHEN DONIGER
Attorneys for Plaintiff LARRY PHILPOT
Email: fcasella@donigerlawfirm.com

Dated: February 22, 2018     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kevin W. Isaacson
KEVIN W. ISAACSON
Attorneys for Defendant MULTIMEDIA GRAPHIC NETWORK, INC.
Email: kevin.isaacson@rmkb.com