C. YONG JEONG, ESQ. (SBN: 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd., Suite 715
Los Angeles, California 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorney for Lien Claimant JEONG & LIKENS, L.C.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an Individual,<br><br>Plaintiff,<br>vs.<br>MULTIMEDIA GRAPHIC NETWORK, INC. d/b/a MGNONLINE.COM, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 3:17-cv-01201-GPC-JLB<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Lien Claimant JEONG & LIKENS, L.C. ("J&L") hereby submits this Notice of Errata regarding the incorrect filing of Notice Of Release Of Lien By Lien Claimant Jeong & Likens, L.C., Docket No. 37.

1  The district of court was incorrectly written as "UNITED STATES
2  DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA" instead of
3  "UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
4  CALIFORNIA".
5  THEREFORE, new Notice Of Release Of Lien By Lien Claimant Jeong &
6  Likens, L.C. will be filed to correct the error.

Dated: March 16, 2018

By: /s/ C. Yong Jeong
C. Yong Jeong, Esq.
JEONG & LIKENS, L.C.
Attorney for Lien Claimant JEONG
& LIKENS, L.C.