C. YONG JEONG, ESQ. (SBN: 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd., Suite 715
Los Angeles, California 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorney for Lien Claimant JEONG & LIKENS, L.C.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PHILPOT, an Individual,<br><br>     Plaintiff,<br><br>     vs.<br><br>MULTIMEDIA GRAPHIC NETWORK, INC. d/b/a MGNONLINE.COM, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No: 3:17-cv-01201-GPC-JLB<br><br>**NOTICE OF RELEASE OF LIEN BY LIEN CLAIMANT JEONG & LIKENS, L.C.** |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the lien placed on the above-named litigation by Lien Claimant JEONG & LIKENS, L.C. ("J&L") is hereby released. Lien Claimant J&L has received payment of said Claim of Lien, does hereby acknowledge satisfaction of said Claim of Lien.

1

1 | Dated: March 15, 2018

2 |            By:  /s/ C. Yong Jeong
3 |                 C. Yong Jeong, Esq.
                   JEONG & LIKENS, L.C.
4 |                 Attorney for Lien Claimant JEONG
                   & LIKENS, L.C.

2

NOTICE OF RELEASE OF LIEN BY LIEN CLAIMANT JEONG & LIKENS, L.C.